IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31270
Conference Calendar

_____


WOODY VOINCHE,

                                    Plaintiff-Appellant,


versus

CENTRAL INTELLIGENCE AGENCY,

                                    Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1708
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Woody Voinche appeals the district court's dismissal of his

civil suit in which he challenged the adequacy of the CIA's

response to his request made under the Freedom of Information Act

(FOIA), 5 U.S.C. § 552.  The district court dismissed the suit

upon motion of the CIA, concluding that the FOIA requires the

exhaustion of administrative remedies prior to seeking judicial

review and that Voinche failed to meet the exhaustion requirement

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

when he failed to timely file an administrative appeal challenging the adequacy of the CIA's response to his request.

We have reviewed the record and the briefs of the parties and find no reversible error.  Voinche's appeal is frivolous and thus is DISMISSED.  See 5th Cir. R. 42.2.; Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  We caution Voinche that future frivolous appeals will invite the imposition of sanctions.  To avoid sanctions, Voinche should review any pending appeals to ensure that they do not raise frivolous arguments.

APPEAL DISMISSED; SANCTION WARNING ISSUED.